

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00511-CV

GARRICK D. BROWN, Appellant

V.

MATHEW ROBERT STONE, Appellee

§ On Appeal from the 96th District Court

§ of Tarrant County (096-307887-19)

§ April 3, 2025

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's final judgment, summary judgment, and order granting Appellee Mathew Robert Stone's special exception to Appellant Garrick D. Brown's first supplemental counterclaim, and the case is remanded to the trial court for a new trial consistent with this opinion.

It is further ordered that Appellee Mathew Robert Stone shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell